```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-

CHRIS CINDY PENA,

        Defendant.

-----------------------------------------------------------------X

21-CR-00513 (PGG)-1

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    A hearing is scheduled in this case for Monday, October 4, 2021, at 11:00 a.m. The conference will be hosted on Microsoft Teams. A video link will be distributed by email to counsel. The public may access the audio feed of the conference by calling (877) 402-9757 and using access code 7938632#.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 22, 2021
                New York, New York