UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
                                                   :           21 CR 00513 (RA)-1

UNITED STATES OF AMERICA,        :

                                                   :           ORDER

                 -v-                                 :

CHRIS CINDY PENA,                    :

                      Defendant.         :

------------------------------------------------- X

**RONNIE ABRAMS, District Judge:**

        In light of Chris Cindy Pena's acceptance into the Young Adult Opportunity Program and her and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) until April 4, 2023.

**SO ORDERED.**

Dated:       October 5, 2021
                New York, New York

                                                             _____
                                                             Ronnie Abrams
                                                             United States District Judge